UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFFREY WILSON, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. 4:02CV848 CDP |
| DAVID MILLER, | ) ) ) |
| Respondent. | ) |

## **MEMORANDUM AND ORDER**

This matter is before me on the petition of Jeffrey Wilson for a writ of habeas corpus under 28 U.S.C. § 2254. I referred this matter to United States Magistrate Judge Lewis M. Blanton for a report and recommendation on all dispositive and non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1). On August 12, 2005, Judge Blanton filed his recommendation that the petition of Mr. Wilson for a writ of habeas corpus be denied. Petitioner did not file any objections to Judge Blanton's recommendation, and his time for doing so has expired.

After careful consideration, I will adopt and sustain the thorough reasoning of Judge Blanton set forth in support of his Report and Recommendation of August 12, 2005.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the

Magistrate Judge [# 12] be adopted in its entirety, and the petition of Jeffrey Wilson for a writ of habeas corpus be **DENIED**.

**IT IS FURTHER ORDERED** that no certificate of appealability will be issued, as none of the grounds raised present issues on which reasonable jurists could differ.

A separate judgment will be entered this same date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 7th day of September, 2005.