UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JEFFREY WILSON,                    )
                                   )
            Petitioner,            )
                                   )
     vs.                           )          Case No. 4:02CV848 CDP
                                   )
DAVID MILLER,                      )
                                   )
            Respondent.            )

## JUDGMENT

In accordance with the Memorandum and Order issued today,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

petition of Jeffrey Wilson for writ of habeas corpus is denied.

**IT IS FURTHER ORDERED** that no certificate of appealability will issue.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE



Dated this 7th day of September, 2005.